# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCELLUS A. JONES, | No. 4:19-CV-01483 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STACY MILLER, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 29, 2020

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for reconsideration, Doc. 40, is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case for failure to pay the filing fee as required by the Court's Order of August 19, 2020, Doc. 39.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge